1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATIONAL LIABILITY & FIRE INSURANCE COMPANY, a Connecticut corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>LINDSAY F. NIELSON, Successor Trustee and Receiver for the PAUL BLATZ TRUST and Administrator for the ESTATE OF PAUL BLATZ (DECEASED); STEVEN RALL, Successor Trustee for the CHARLES DENTON MCDOWELL TRUST Dated August 3, 2021; MARK SIMS.<br>          Defendants. | Case No.: 2:23-cv-02266-JLS-SK<br><br><br><br>**JUDGMENT** |

For the reasons stated in the separate order granting Plaintiff's motion for voluntary dismissal with prejudice (Doc. 59), and for good cause shown,

IT IS HEREBY ADJUDGED AND DECREED THAT:

1. Judgment is entered in favor of Defendants.
2. Plaintiff's Complaint is dismissed with prejudice.
3. Defendant Steven Rall may file an application with the clerk for reasonable costs of suit in accordance with Federal Rule of Civil Procedure 54(d)(1) and the Local Rules.

DATED: December 16, 2024

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE